JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** II          **Investigating Agency** HSI

**City** W. Wareham          **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____          Case No. _____
Same Defendant _____          New Defendant _____
Magistrate Judge Case Number   24-mj-4379-DHH
Search Warrant Case Number   24-mj-4375-DHH & 24-mj-4376-DHH
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____   ☐ Yes  ☑ No

**Defendant Name** Joshua Roe                                         **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** 1 White Pine Avenue, West Wareham, MA

**Birth date (Yr only):** 1986   **SSN (last 4#):** 7225   **Sex:** M   **Race** White   **Nationality:** _____

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Suzanne Sullivan Jacobus          **Bar Number if applicable:** 565071

**Interpreter:** ☐ Yes  ☑ No          **List language and/or dialect:** English

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:** _____

**Arrest Date:** 09/06/2024

☑ Already in Federal Custody as of   09/06/2024   in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/6/2024          Signature of AUSA: _Suzanne Sullivan Jacobus_

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Joshua Roe

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 USC s. 2252A | Receipt of Child Pornography | 1 |
| Set 2 | 18 U.S.C. 2252A | Possession of Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013